**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Keith Guest<br>　　Lisa Cramsie-Guest<br>　　　　　　Debtor(s) | Case No. 15 B 09631 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 03/18/2015.

　　2) The plan was confirmed on 10/26/2015.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/07/2016.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/27/2016, 09/08/2017.

　　5) The case was Dismissed on 09/20/2017.

　　6) Number of months from filing to last payment: 29.

　　7) Number of months case was pending: 35.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,400.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,400.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,396.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,002.48 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,398.48

Attorney fees paid and disclosed by debtor:   $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Hospital | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 3,014.41 | 1,171.30 | 1,171.30 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,500.00 | 3,857.18 | 3,857.18 | 0.00 | 0.00 |
| Ameriloan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Automotive Credit | Secured | 16,578.00 | 16,578.04 | 11,000.00 | 6,540.57 | 577.14 |
| Automotive Credit | Unsecured | NA | 0.00 | 5,578.04 | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 48.70 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 13,488.00 | 13,488.36 | 13,488.36 | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcure LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finan | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 494.00 | 1,163.00 | 1,163.00 | 0.00 | 0.00 |
| City of Oak Forest | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 0.00 | 126.09 | 126.09 | 0.00 | 0.00 |
| Cook County Dept of Revenue | Unsecured | 0.00 | 114.30 | 114.30 | 0.00 | 0.00 |
| Corky's Catering | Unsecured | 1,097.00 | NA | NA | 0.00 | 0.00 |
| Department of Treasury | Unsecured | 195.09 | NA | NA | 0.00 | 0.00 |
| Discount Advances.com | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Dorothy Brown | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,804.00 | NA | NA | 0.00 | 0.00 |
| Equable Ascent | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Taxpayer Financ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hstn Funding | Unsecured | 1,128.00 | NA | NA | 0.00 | 0.00 |
| IC System, Inc. | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 8,363.00 | 15,013.50 | 15,013.50 | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| Mid America Bank & Trust Company | Unsecured | 316.00 | 316.24 | 316.24 | 0.00 | 0.00 |
| Mypayadvance.com | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| NCEP, LLC | Secured | 13,050.00 | 0.00 | 13,050.00 | 7,441.08 | 700.46 |
| Nicor Gas | Unsecured | 770.00 | 1,156.78 | 1,156.78 | 0.00 | 0.00 |
| Oak Crosing Townhome HOA | Secured | 9,800.00 | 0.00 | 9,800.00 | 4,286.29 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 178,772.00 | 122,550.00 | 122,550.00 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,634.00 | 835.48 | 835.48 | 0.00 | 0.00 |
| PNC Bank | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Prog Leasing LLC | Secured | 3,350.00 | 3,350.04 | 3,350.04 | 1,299.41 | 156.57 |
| Radiology Imaging Consultants | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Scheer, Green & Burke Co. L.P.A | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Total Visa | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Tri-State Financial Services Inc | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WIilshire Credit Corp | Unsecured | 33,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $122,550.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,050.00 | $13,981.65 | $1,277.60 |
| All Other Secured | $13,150.04 | $5,585.70 | $156.57 |
| **TOTAL SECURED:** | **$159,750.04** | **$19,567.35** | **$1,434.17** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,820.27** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,398.48 |
| Disbursements to Creditors | $21,001.52 |
| **TOTAL DISBURSEMENTS** : | **$25,400.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2018                          By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.